**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BB&T FINANCIAL, FSB,

               Plaintiff,

vs.                                               Case No. 3:10-cv-1069-J-32MCR

BERNARD J. DEGEORGE, JR.,

               Defendant.

_____

## ORDER

This case is before the Court on plaintiff's Motion to Dismiss Amended Counterclaim (Doc. 28). The assigned United States Magistrate Judge issued a Report and Recommendation (Doc. 29), recommending that the matter be remanded to the County Court for the Fourth Judicial Circuit in and for Clay County Florida. However, no objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the Report and Recommendation issued by the Magistrate Judge (Doc. 29), it is hereby

**ORDERED**:

1.      The Report and Recommendation (Doc. 29) of the Magistrate Judge is **ADOPTED** in full as the opinion of the Court.

2.      The case is remanded to the County Court for the Fourth Judicial Circuit in and for Clay County Florida.

3.      Plaintiff's Motion to Dismiss Amended Counterclaim (Doc. 28) shall be carried with the case to be decided by the state court upon remand. The Clerk is directed to **close**

the file.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of June, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable Monte C. Richardson
United States Magistrate Judge

counsel of record

pro se parties

Clerk of Court,
County Court for the Fourth Judicial
Circuit in and for Clay County Florida